IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DONALD OTIS WILLIAMS,

        Appellant,

  v.

Case No. 5D22-1199
LT Case No. 2011-CF-105

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed December 6, 2022

3.850 Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Donald Otis Williams, Raiford, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, EDWARDS and EISNAUGLE, JJ., concur.